1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KENNETH E. ALSPAUGH,                       No.  2:22-CV-0761-DMC

12                    Petitioner,

13          v.                                    ORDER

14    SUPERIOR COURT OF CALIFORNIA, et
      al.,

15                    Respondents.

16

17

18             Petitioner, who is proceeding pro se, brings this petition for a writ of habeas

19    corpus.  Pending before the Court is Petitioner's petition, ECF No. 1.  "A petitioner for habeas

20    corpus relief must name the state officer having custody of him or her as the respondent to the

21    petition."  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule

22    2(a), Federal Rules Governing Section 2254 Cases.  Because Petitioner has not named the

23    appropriate state officer, Petitioner will be provided leave to amend to correct this technical

24    defect by naming the correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that

25    failure to comply with this order may result in the dismissal of this action.  See Local Rule 110.

26    / / /

27    / / /

28    / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      Petitioner's petition for writ of habeas corpus, ECF No. 1, is dismissed with leave to amend;

2.      Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

3.      The Clerk of the Court is directed to send Petitioner the Court's form habeas corpus application.

Dated:  September 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2